**UNITED STATES of America, Plaintiff—Appellant,**

v.

**Fernando GODINEZ, Defendant— Appellee.**

No. 03–50607.

D.C. No. CR–02–00652–GAF.

United States Court of Appeals, Ninth Circuit.

Feb. 14, 2005.

Nancy B. Spiegel, Esq., Ronald L. Cheng, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellant.

Andrew M. Stein, Esq., Bellflower, CA, for Defendant–Appellee.

Before SCHROEDER, Chief Judge, GOULD, and CLIFTON, Circuit Judges.

### ORDER

The memorandum disposition filed on December 23, 2004, is withdrawn. The sentence previously imposed upon Defendant–Appellant is vacated. The matter is remanded to the district court for reconsideration in accordance with *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

VACATED; REMANDED FOR RE-SENTENCING.